377 A.2d 189

Commonwealth v. Warner, Appellant.

Submitted March 14, 1977. Robert Bruce Evanick, Assistant Public Defender, for appellant; Floyd P. Jones, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Order affirmed.